Dismissed and Memorandum Opinion filed June 19, 2003









Dismissed and Memorandum Opinion filed June 19, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00262-CV

____________

 

MARK S. SCHWEITZER, Appellant

 

V.

 

RON JACOBS, Individually and on 

Behalf
of CHAIRS & TABLES, INC., Appellee

 



 

On Appeal from the 334th District Court

Harris
County, Texas

Trial Court Cause No. 02-59116

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a temporary injunction signed February
3, 2003.  On June 9, 2003, the parties
filed a joint motion to dismiss the appeal because the parties have settled
their dispute.  See Tex. R. App. P. 42.1.  The Court=s abatement order of April 17, 2003,
is lifted, the case is reinstated, and the motion to dismiss is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 19, 2003.

Panel consists of Chief Justice
Brister and Justices Fowler and Edelman.